THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAROLD SMITH & SON, INC., <br><br> Defendant. | CASE NO. C18-0735-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motion for a default judgment (Dkt. No. 10). Defendant has failed to appear and defend itself and has been found to be in default. (Dkt. No. 7). Having thoroughly considered Plaintiff's motion and the relevant records, and pursuant to Federal Rule of Civil Procedure 55(b)(2), it is hereby ORDERED that:

Plaintiff is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due to Plaintiff's Trust for Defendant's inclusive employment of members of the bargaining unit represented by Local 315 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period April 2018 through May 2018: for liquidated damages of $9,210.56, for pre-judgment interest of $262.89, and for attorney fees of $554.45, all for a total of $10,027.90.

DATED this 7th day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE